JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WENDY CARLSON, | Case No.  5:13-cv-02198 VAP (SPx) |
| Plaintiff, | **(PROPOSED) ORDER TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties.  Each party is to bear their own attorneys' fees and costs.

DATED:  May 2, 2014__

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

- 1 -